UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GENERAL INSURANCE COMPANY OF
AMERICA, et al.,

        Plaintiff,

   v.

CORPORATE CONTROL INC., et al.,

        Defendants.

CIV S-02-1020 WBS PAN

ORDER

—oOo—

    Scheduled for hearing before this court on June 1, 2005, is plaintiffs' motion to direct defendant Steve K. Zinnel to appear for a judgment debtor examination and to produce documents, pursuant to Fed. R. Civ. P. 69(a) and Cal. Code Civ. Proc. § 708.110.

    Zinnel has subsequently filed (1) a motion for relief from judgment and (2) a motion for stay of execution of judgment pending appeal, both set for hearing before the Honorable William

B. Shubb on June 27, 2005.  As both motions pending before Judge Shubb may impact the merits and contours of the judgment debtor examination, the pending motion is denied without prejudice and the hearing on this matter is vacated.  Plaintiffs may renotice the motion for hearing if appropriate after Judge Shubb rules.

So ordered.

Dated:  June 3, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge
